PAPERS IN FILE

[None]

IN THE MATTER OF THE WIDOW OF NICHOLAS LORAIN

1809

JOURNAL ENTRIES

1. Motion for mandamus . . . . . . . . *Journal, infra,* *p. 212
2. Appearance . . . . . . . . . . . . . . " 242
3. Dismissal . . . . . . . . . . . . . . " 243

PAPERS IN FILE

[None]